# MINTZ & GOLD LLP
ATTORNEYS AT LAW

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231

www.mintzandgold.com

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
KEVIN W. GOERING
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
TIMOTHY H. WOLF**
ANDREW R. GOTTESMAN
ROBIN C. FRIED
RYAN W. LAWLER*
ADAM D. FRIEDLAND
MARIA EVA GARCIA*
GABRIEL ALTMAN
ABBYE L. LAWRENCE
ANDREW E. STECKLER
MICHAEL G. MEYERS
CECE M. COLE

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN FLORIDA

SENIOR COUNSEL
JACK A. HORN
NOREEN E. COSGROVE
MATTHEW S. SEMINARA
TIMOTHY J. QUILL, JR.
JULIA B. MILNE

OF COUNSEL
HONORABLE VITO J. TITONE (dec.)
  (NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ (dec.)
HONORABLE HOWARD MILLER
  (NY Appellate Div. 1999-2010 [ret.])
AMIT SONDHI*
ERIC M. KUTNER
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO*

*ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

May 29, 2019

<u>Via ECF</u>
Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re: United States v. Sholom Muratov
     <u>17 Cr. 262 (LGS)</u>

Dear Judge Schofield:

  With regard to the sentencing of Sholom Muratov scheduled for June 18th, we wish the Court to consider this additional letter recently received from Mr. Muratov's friend, Jeff Dorlette.

Respectfully submitted,

Roger L. Stavis

To: Honorable Lorna G. Schofield

From: Correction Officer Jeff Dorlette #9136

Date: May 10, 2019

Subject: SHOLOM MURATOV

I am writing this letter in recommendation of Sholom Muratov for a more sympathetic judgement on his current court proceedings. I have known Sholom Muratov for over 15 years, as I was a customer and now as a friend. From my experience, Sholom Muratov is a kind, cooperative, and honest person not only during business hours, but to his community among others. He has always been there to give me advice on purchases, even when he was not the seller. One example of his character is when he would be seen praying to his religion every morning uninterrupted showing consistency in his faith. Based on our experience together, I can confidently say Sholom Muratov is a person that is willing to accommodate others to make the right determination, when you are lacking confidence on a purchase in his industry.

Your consideration in this request would be greatly appreciated.

Respectfully Submitted

Strategic Response Team/NYCDOC

Correction Officer #9136

Jeff Dorlette