# Mintz & Gold LLP
ATTORNEYS AT LAW

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
LON JACOBS
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
KEVIN W. GOERING
RICHARD M. BRESLOW
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
TIMOTHY H. WOLF**
ANDREW R. GOTTESMAN
RYAN W. LAWLER*
ADAM K. BRODY
MARIA EVA GARCIA*
GABRIEL ALTMAN
ANDREW E. STECKLER
ALEX J. OTCHY*
CECE M. COLE

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN FLORIDA

SENIOR COUNSEL
JACK A. HORN
NOREEN E. COSGROVE
MATTHEW S. SEMINARA
TIMOTHY J. QUILL, JR.
JULIA B. MILNE

OF COUNSEL
HONORABLE VITO J. TITONE (dec.)
  (NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ (dec.)
HONORABLE HOWARD MILLER
  (NY Appellate Div. 1999-2010 [ret.])
AMIT SONDHI*
ERIC M. KUTNER
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO♦

♦ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

November 13, 2019

Via ECF

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

   Re: United States v. Sholom Muratov
     <u>17 Cr. 262 (LGS)</u>

Dear Judge Schofield:

  At the instruction of the United States Court of Appeals for the Second Circuit, Defendant Sholom Muratov ("Defendant") respectfully requests that this Court issue an Order granting him leave to proceed *in forma pauperis*. As set forth in the attached Affirmation, Defendant can no longer afford the costs associated with the pursuit of his appeal, including filing fees, transcript orders, and attorneys' fees.

Nevertheless, Defendant intends to claim errors in the pretrial, trial, and sentencing proceedings in this matter on appeal. However, without the transcripts, counsel cannot provide more details with respect to the specific issues to be raised on appeal or the merits of those claims.

Therefore, we respectfully request that the Court grant Defendant's motion for leave to proceed *in forma pauperis*.

Respectfully submitted,

Roger L. Stavis

Based on Defendant Muratov's and his counsel's affidavits, the application to proceed in forma pauperis on appeal is GRANTED. The Clerk of Court is respectfully directed to close Dkt. No. 564.

Dated: December 16, 2019
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**