# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
LON JACOBS
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
KEVIN W. GOERING
RICHARD M. BRESLOW
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
TIMOTHY H. WOLF**
ANDREW R. GOTTESMAN
RYAN W. LAWLER*
ADAM K. BRODY
MARIA EVA GARCIA*
GABRIEL ALTMAN
ANDREW E. STECKLER
ALEX J. OTCHY*
CECE M. COLE

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

SENIOR COUNSEL
JACK A. HORN
NOREEN E. COSGROVE
MATTHEW S. SEMINARA
TIMOTHY J. QUILL, JR.
JULIA B. MILNE

OF COUNSEL
HONORABLE VITO J. TITONE (dec.)
(NY State Court of Appeals 1985-1998)
HARVEY J. HOROWITZ (dec.)
HONORABLE HOWARD MILLER
(NY Appellate Div. 1999-2010 [ret.])
AMIT SONDHI*
ERIC M. KUTNER
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO†

†ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN FLORIDA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/2020

January 20, 2020

Via ECF

Hon. Lorna G. Schofield
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: United States v. Sholom Muratov
17 Cr. 262 (LGS)

Dear Judge Schofield:

The purpose of this letter is to request an order from this Court releasing Sholom Muratov's passport to his wife, Diana Matatov. Mr. Muratov surrendered his United States passport to Pretrial Services as a condition of his release. Mr. Muratov is currently in the custody of the Bureau of Prisons for the service of his sentence.

---

Application GRANTED. Pretrial Services is directed to release Defendant Sholom Muratov's passport to his wife, Diana Matatov. The Clerk of the Court is respectfully directed to terminate the letter motion at docket number 587.

Dated: January 21, 2020
New York, New York

*[signature: Lorna G. Schofield]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

The Court's favorable consideration would be greatly appreciated.

Respectfully submitted,

Roger L. Stavis